December 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD FORD AND JAMIE FORD, Appellants

NO. 14-15-00828-CV                    V.

CANDICE BLAND D/B/A THE DIAMOND MINE AND ROBERT
BUCHANON, Appellees

_____

This cause, an appeal from an order in favor of appellees, Candice Bland D/B/A The Diamond Mine and Robert Buchanon, signed September 15, 2015, was heard on the transcript of the record. We have inspected the record and find error in the trial court's order. We therefore **AFFIRM IN PART; REVERSE** and **RENDER IN PART**; and **REVERSE IN PART** the order of the court below and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.